# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

August 22, 2023

**BY ECF:**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York

# MEMO ENDORSED

Re:        *Aberado v. The City of New York, et al.*, 23 CV 4266 (ER)

Dear Judge Ramos:

I represent the plaintiff in the action. I write to respectfully request an adjournment of the initial conference currently scheduled for August 30, 2023 at 10 a.m.  Defense counsel, Ms. Seema Kassab, has consented.

I need this adjournment because I will be traveling next week for a plea in a complex criminal case in the EDTX.  I have spoken with Ms. Kassab and we are both available on August 31, 2023 after 3 p.m.; September 1, until 2 p.m.; September 5; and September 7 before 11:30 a.m. and after 2 p.m.

Thank you.

The initial pre-trial conference is hereby adjourned to
September 1, 2023 at 10:00 a.m.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 22, 2023
New York, New York

Respectfully,

Vik Pawar

Cc:     Ms. Seema Kassab, Esq. (by ECF)

1